No. 02–8639. BROOKS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 02–8640. ZIEGLER v. MARTIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–8644. NELSON v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–8661. HALE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–8666. HOGAN v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 02–8668. SORRI v. BELL ATLANTIC. C. A. 2d Cir. Certiorari denied.

No. 02–8688. NORTHUP v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–8701. MOORE v. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS. Ct. App. N. Y. Certiorari denied.

No. 02–8720. SCOTT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–8729. MOORE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8738. ADAMS v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 02–8745. BLASINGAME v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 02–8769. KEY v. HOUSING AUTHORITY OF THE CITY OF CHARLESTON, SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 02–8770. L'ABBE v. SPENCER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK. C. A. 1st Cir. Certiorari denied.